FILED: July 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4788
(3:14-cr-00140-HEH-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

IREK ILGIZ HAMIDULLIN, a/k/a Irek Ilgiz Khamidullah

       Defendant - Appellant

_____

O R D E R

_____

A sua sponte poll of the court on whether to hear this case en banc failed to garner the votes of a majority of active judges who are not disqualified.

Judges Wynn and Floyd voted to grant hearing en banc. Chief Judge Gregory and Judges Wilkinson, Niemeyer, Motz, Traxler, King, Shedd, Duncan, Agee, Keenan, Diaz, Thacker and Harris voted to deny hearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk